# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

| | | | |
|---|---|---|---|
| **Name of Offender:** | Darren Virgil Steelman | **Docket Number:** | 1:19MJ00056-001 |

**Name of Judicial Officer**: United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:** 8/20/2019

**Original Offense:** 36 C.F.R. § 2.35(b)- Possession of a Controlled Substance and 36 C.F.R. § 4.2 and CA Veh. Code 14601.1(a)- Driving While License Suspended (Class B Misdemeanors)

**Original Sentence:** 18 months unsupervised probation, $20 special assessment, $580 fine, attend NA, restore CA Driver's License

**Special Conditions:** 1) The defendant shall obey all federal, state and local laws; 2) The defendant shall serve 3 days in custody; 3) Attend NA bi-weekly to begin no later than 9/1/2019 4) restore CA driver's license; 5) The defendant is ordered to appear for a Review Hearing that has been set on September 17, 2020 at 10:00 a.m. and 6) file a status report 14 days prior to Review hearing.

**Type of Supervision:** Unsupervised by Probation Office

**Date Supervision Commenced:** 8/20/2019

**Other Court Actions: None**

| Charge Number | Nature of Violation |
|---|---|
| 1. | Failure to obey all federal, state and local laws while on unsupervised probation. On October 18, 2019, the defendant was arrested by the National Park Service at Yosemite National Park with Driving on a Suspended License (36 C.F.R. § 4.2; Cal. Veh. Code § 14601.1), Possession of Property of Another (36 C.F.R. § 2.30(a)(5)), Possession of a Controlled Substance (36 C.F.R. 2.35(b)(2)) and Possession of Drug Paraphernalia (18 USC § 13; Cal.H&S Code § 11364). |

RE: **Darren Virgil Steelman**  **Docket Number:** 1:19MJ00056-001

**THE COURT ORDERS:**

☐  The issuance of a warrant.

☐  The issuance of a summons (copy to Defense Counsel).

☒  Other:  Set for hearing on November 7, 2019 at 1:15 p.m. before Magistrate Judge Stanley A. Boone in Courtroom 9.

Page **2** of **2**　　PROB 12C
(07/13)

RE: **Darren Virgil Steelman**           **Docket Number:** 1:19MJ00056-001

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before Magistrate Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

IT IS SO ORDERED.

Dated: **November 7, 2019**

                                                                UNITED STATES MAGISTRATE JUDGE

CC: Assistant United States Attorney & Assistant Federal Defender