HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN STEELMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DARREN STEELMAN, <br><br> Defendant. | Case 6:19-mj-00074-JDP <br> 6:19-mj-00056-JDP <br><br> **CONSENT TO APPEAR BY TELEPHONE** |

I, Darren Steelman, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my probation review hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the hearing currently set for November 19, 2020.

Dated: November 17, 2020      */s/ Matthew Lemke*
                                           MATTHEW LEMKE
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           DARREN STEELMAN

Dated:  November 17, 2020      */s/ Darren Steelman*
                                           DARREN STEELMAN
                                           Defendant

**<u>ORDER</u>**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Darren Steelman is permitted to appear by telephone for the probation review hearing scheduled to take place on November 19, 2020.

IT IS SO ORDERED.

Dated:  **November 17, 2020**                              _____
                                                                                       UNITED STATES MAGISTRATE JUDGE