HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DARREN STEELMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN STEELMAN,<br><br>Defendant. | Case No. 6:19-mj-00056-JDP<br>6:19-mj-00074-JDP<br><br>STIPULATION TO VACATE STATUS HEARING AND SET CHANGE OF PLEA; AND  ORDER<br><br>DATE:   March 18, 2021<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Darren Steelman, that the status hearing currently set for February 18, 2021, be vacated and that a change of plea hearing be set for March 18. 2021, at 10:00 a.m.

Counsel anticipates that Mr. Steelman's matter will be resolved by an admission. Counsel asks the Court to set a change of plea in March in order to permit Mr. Steelman adequate time to complete support services setup and prepare for a change of plea and sentencing.  Accordingly, the parties jointly request that the February 18 status hearing be vacated and that the matter be set for a change of plea hearing on March 18, 2021, at 10:00 a.m.

\ \ \

\ \ \

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | MCGREGOR W. SCOTT<br>United States Attorney |
| 4 | Date: February 16, 2021 | */s/ Philip Tankovich*<br>PHILIP TANKOVICH<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | Date: February 16, 2021 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>DARREN STEELMAN |

# ORDER

**IT IS HEREBY ORDERED** that the status hearing scheduled for February 18, 2021, is vacated and a change of plea hearing is set for March 18, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 16, 2021**

UNITED STATES MAGISTRATE JUDGE